IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-02452-JLK**

**ANN MARIE McMANN,**

     Plaintiff,

v.

**TOWN OF CASTLE ROCK and
CASTLE ROCK POLICE DEPARTMENT,**

     Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

     The Joint Motion to Amend Stipulated Scheduling and Discovery Order (doc. #8), filed December 12, 2008, is GRANTED as follows:

     Discovery Cutoff is extended through June 13, 2009;
     Dispositive Motion Deadline is extended through July 13, 2009;
     Expert Witness Disclosure is extended for Plaintiff's Designation of Experts to April 13, 2009 and Defendant's Designation of Experts to May 13, 2009; and
     any rebuttal experts are due no later than May 31, 2009.

---

Dated:  December 12, 2008