IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-02452-JLK**

**ANN MARIE McMANN,**

     Plaintiff,

v.

**TOWN OF CASTLE ROCK and
CASTLE ROCK POLICE DEPARTMENT,**

     Defendant.

_____

### MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

     The Joint Motion to Amend Stipulated Scheduling and Discovery Order (doc. #17), filed May 4, 2009, is GRANTED as follows:

          Discovery Cutoff is extended through August 13, 2009;
          Dispositive Motion Deadline is extended through September 14, 2009;
          Defendant's Designation of Experts to June 15, 2009; and
          any rebuttal experts are due no later than June 30, 2009.
_____

Dated: May 7, 2009